# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 84 |
| | : | |
| REAPPOINTMENT TO THE | : | CLIENT SECURITY APPOINTMENT |
| PENNSYLVANIA LAWYERS FUND FOR | : | DOCKET |
| CLIENT SECURITY BOARD OF | : | |
| TRUSTEES | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 19th day of January, 2024, Arthur H. Stroyd, Jr., Esquire, Allegheny County, is hereby reappointed as a member of the Pennsylvania Lawyers Fund for Client Security Board of Trustees for a term of three years, commencing April 1, 2024.